UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| International Brotherhood of Electrical Workers, et al., | No. C 05-3359 WDB |
| Plaintiffs, | ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| Thomas Krem, et. al., | |
| Defendant(s). | |

On January 24, 2006, the Court conducted a telephonic Initial Case Management Conference in the above-referenced case. For reasons articulated more thoroughly on the record, the Court hereby ORDERS as follows:

1. **By February 24, 2006**, <u>all</u> parties **must** exchange (through counsel) the following documents: (i) all documents that reflect or relate to any work done between May 2002 and January 2003 by all employees of defendants Thomas Krem ("an entity of unknown corporate status", Complaint, ¶ 7), Bay Electric Corporation, and Seagate Electric; (ii) all documents that reflect monies paid to defendants Thomas Krem, Bay Electric Corporation, Seagate Electric, Mr. Thomas Richard Krem, an individual, or Douglas Bruce Burleigh, an individual, as a result of work performed between May 2002 and January 2003 by any of the above-referenced employees; and (iii) all documents that reflect monies paid to any and all third parties as a result of work performed between May 2002 and January 2003 by the above-referenced employees.

If any party fails to make such a disclosure, the Court will schedule a further Case Management Conference -- at which the Court <u>will</u> set an early trial date.

2. The Court refers this matter to the ADR Department and requests that a neutral mediator with expertise in ERISA delinquent contribution cases be assigned to conduct a mediation at his or her convenience **during the first half of May, 2006.**

3. **By June 12, 2006, at noon**, the parties must e-file a brief Case Management Conference statement updating the Court on the progress made since the Initial Case Management Conference. The statement must describe, at a minimum, (i) any additional discovery that the parties propose to conduct, (ii) proposed motion practice (if any), including anticipated dates for any proposed motions, and (iii) the parties' preference for the month in which trial should be held.

4. **On June 14, 2006, at 1:30 p.m.**, the Court will conduct a telephonic further Case Management Conference. Defense counsel must initiate the conference call, get plaintiffs' counsel on the line, then call the Court's conference call line at (510) 637-3326.

5. If the parties resolve the case prior to June 14, 2006, they must send correspondence to the undersigned so stating. Thereupon, the Court would vacate the further Case Management Conference and set a date by which a stipulated dismissal must be filed.

Dated: January 25, 2006

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
   All parties,
   WDB, Stats, ADR