PETER W. SALTZMAN, Cal. Bar No. 169698
CHRISTINE S. HWANG, Cal. Bar No. 184549
LEONARD CARDER LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: 510 272 0169
Fax: 510 272 0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS et al., | Case No. C-05-3359-WDB-MED |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING EXTENSION OF DEADLINE FOR MEDIATION [ADR 6-5]** |
| v. | |
| THOMAS KREM f/d/b/a BAY ELECTRIC CORPORATION and SEAGATE ELECTRIC, a partnership, et al. | |
| Defendants. | |

This matter having come before the Court on the motion requesting extension of deadline

for Mediation by Plaintiffs INTERNATIONAL BROTHERHOOD OF ELECTRICAL

WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS; ELECTRICAL INDUSTRY

SERVICE CORPORATION; VICTOR UNO in his capacity as Trustee of the

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595

ELECTRICAL TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE

1

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CALIFORNIA 94612
TELEPHONE: (510) 272-0169   FAX (510) 272-0174

CORPORATION; and DON CAMPBELL in his capacity as Trustee of the INTERNATIONAL

BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST

FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION

(collectively, "Plaintiffs"); the Court being fully advised in the premises, and good cause having

been shown;

IT IS ORDERED that the request for extension of deadline for Mediation is hereby is

granted and that the Mediation be scheduled for Tuesday, May 9, 2006.


DATED:  3/6/06



UNITED STATES DISTRICT JUDGE

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CALIFORNIA 94612
TELEPHONE: (510) 272-0169    FAX (510) 272-0174

[PROPOSED] ORDER GRANTING EXTENSION OF DEADLINE FOR MEDIATION