1

2  PETER W. SALTZMAN, Cal. Bar No. 169698
   CHRISTINE S. HWANG, Cal. Bar No. 184549
3  LEONARD CARDER, LLP
   1330 Broadway, Suite 1450
4  Oakland, CA 94612
5  Tel: 510-272-0169
   Fax: 510-272-0174
6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 INTERNATIONAL BROTHERHOOD OF             )
   ELECTRICAL WORKERS LOCAL 595             )   Case No. C-05-3359-WDB
12 ELECTRICAL TRUST FUNDS; ELECTRICAL       )
   INDUSTRY SERVICE CORPORATION;            )   **STIPULATION AND ORDER**
13 VICTOR UNO in his capacity as Trustee of the )  **DISMISSING COMPLAINT WITH**
   INTERNATIONAL BROTHERHOOD OF             )   **WITH PREJUDICE**
14 ELECTRICAL WORKERS LOCAL 595             )
15 ELECTRICAL TRUST FUNDS and Officer of    )
   the ELECTRICAL INDUSTRY SERVICE          )
16 CORP.; and DON CAMPBELL in his capacity as )
   Trustee of the INTERNATIONAL             )
17 BROTHERHOOD OF ELECTRICAL                )
   WORKERS LOCAL 595 ELECTRICAL             )
18 TRUST FUNDS and Officer of the           )
19 ELECTRICAL INDUSTRY SERVICE CORP.,       )
                                            )
20              Plaintiffs,                 )
                                            )
21 v.                                       )
                                            )
22 THOMAS KREM f/d/b BAY ELECTRIC           )
   CORPORATION and SEAGATE ELECTRIC, a      )
23 partnership; THOMAS RICHARD KREM, an     )
   individual; DOUGLAS BRUCE BURLEIGH, an   )
24 individual; and DOES 1-10, inclusive,    )
                                            )
25              Defendants.                 )
26 _____ )

27
28 //

---
                                    1
      STIPULATION AND ORDER DISMISSING COMPLAINT WITH WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action that the entire action be and hereby is discharged and dismissed, with prejudice, pursuant to FRCP 41(a)(1), and that all parties shall bear their own attorney fees and costs.  This dismissal with prejudice encompasses any and all claims, demands, causes of action asserted against Defendants THOMAS RICHARD KREM and DOUGLAS BRUCE BURLEIGH, in this action, or arise out of the subject matter of this action, including but not limited to those claims brought by Plaintiffs:  INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 TRUST FUNDS; ELECTRICAL INDUSTRY SERVICE CORPORATION, VICTOR UNO and DON CAMPBELL, in their capacities as Trustees of the LOCAL 595 TRUST FUNDS and directors of the ELECTRICAL INDUSTRY SERVICE CORP .

DATED: June 9, 2006

LEONARD CARDER, LLP
PETER W. SALTZMAN
CHRISTINE S. HWANG

By: _____
Christine S. Hwang
Attorneys for Plaintiffs, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 TRUST FUNDS; ELECTRICAL INDUSTRY SERVICE CORPORATION, VICTOR UNO and DON CAMPBELL, in their capacities as Trustees of the LOCAL 595 TRUST FUNDS and directors of the ELECTRICAL INDUSTRY SERVICE CORP

DATED: June __, 2006

VAUGHT & BOUTRIS, LLP
BASIL J. BOUTRIS

By: _____
Basil J. Boutris
Attorneys for Defendants, THOMAS RICHARD KREM and DOUGLAS BRUCE BURLEIGH

1
2  IT IS HEREBY STIPULATED by and between the parties to this action that the entire action be
3  and hereby is discharged and dismissed, with prejudice, pursuant to FRCP 41(a)(1), and that all
4  parties shall bear their own attorney fees and costs. This dismissal with prejudice encompasses
5  any and all claims, demands, causes of action asserted against Defendants THOMAS RICHARD
6  KREM and DOUGLAS BRUCE BURLEIGH, in this action, or arise out of the subject matter of
7  this action, including but not limited to those claims brought by Plaintiffs: INTERNATIONAL
8  BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 TRUST FUNDS;
9  ELECTRICAL INDUSTRY SERVICE CORPORATION, VICTOR UNO and DON
10 CAMPBELL, in their capacities as Trustees of the LOCAL 595 TRUST FUNDS and directors of
11 the ELECTRICAL INDUSTRY SERVICE CORP.
12
13 DATED: June __, 2006            LEONARD CARDER, LLP
                                    PETER W. SALTZMAN
14                                  CHRISTINE S. HWANG
15
16                          By: _____
                                Christine S. Hwang
17                              Attorneys for Plaintiffs, INTERNATIONAL
                                BROTHERHOOD OF ELECTRICAL WORKERS
18                              LOCAL 595 TRUST FUNDS; ELECTRICAL
                                INDUSTRY SERVICE CORPORATION, VICTOR
19                              UNO and DON CAMPBELL, in their capacities as
                                Trustees of the LOCAL 595 TRUST FUNDS and
20                              directors of the ELECTRICAL INDUSTRY
                                SERVICE CORP
21
22 DATED: June 7, 2006             VAUGHT & BOUTRIS, LLP
23                                  BASIL J. BOUTRIS
24
25                          By: /s/ Basil J. Boutris
                                Basil J. Boutris
26                              Attorneys for Defendants, THOMAS RICHARD
                                KREM and DOUGLAS BRUCE BURLEIGH
27
28

2
STIPULATION AND ORDER DISMISSING COMPLAINT WITH WITH PREJUDICE

## ORDER

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated: 6-13 , 2006        Wayne D. Brazil
                          UNITED STATES DISTRICT COURT JUDGE
                                      Magistrate